**Fill in this information to identify the case:**

Debtor 1: Stephanie D Acevedo

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 1632725

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $2190.14

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 6 4

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:
   Payment change resulting from a discontinuance of Mortgage Insurance Premium

   Current mortgage payment: $ 2451.77     New mortgage payment: $ 2190.14

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Joseph Paul Black
Signature

Date  07/11/2019

Print: BLACK, JOSEPH PAUL
      First Name    Middle Name    Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan            MN       55121-7700
         City             State    ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Chapter 13 No. 1632725
Judge: Deborah L. Thorne

In re:

Stephanie D Acevedo

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before July 11, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Stephanie D Acevedo
7177 N Moody Ave.

Chicago IL 60646

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.

Skokie IL 60076

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Trustee:    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Marilyn O Marshall
Trustee
224 South Michigan Ste 800

Chicago IL 60604

/s/Joseph Paul Black

VP Loan Documentation

Wells Fargo Bank, N.A.